UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN LEE SELDEN,

       Plaintiff,

v.                                Case No.:  2:19-cv-602-FtM-38MRM

UNITED STATES,

       Defendant.

_____/

## OPINION AND ORDER[1]

Before the Court is Glen Lee Seldon's Complaint (Doc. 1) filed on August 23, 2019. The Complaint (Doc. 1), is five pages in length, with an additional fifteen pages of exhibits references federal statutes, federal and state court actions, and constitutional amendments and is wholly incomprehensible.  It comprises various pages of the complaint form, unrelated correspondence, notices and court orders from previous state cases filed by Plaintiff, as well as a copy of his fingerprints.  The Court has attempted but cannot discern what claim Plaintiff is attempting to articulate or what relief he seeks. Plaintiff did not move to proceed *in forma pauperis* when he filed this action.

The Prison Litigation Reform Act (PLRA) contains the following subsection:

> In no event shall a prisoner bring a civil action or appeal a
> judgment in a civil action or proceeding under this section if

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claims upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. §1915(g). The Court takes judicial notice of the following filings brought by Plaintiff in a federal court that qualify as a dismissal under § 1915(g):

- *Selden v. Federal Agent Brian Watson,* Case No. 6:09-cv-1834-18DAB, (M.D. Fla. Oct 4, 2009) (finding action "lacks an arguable basis in law" and dismissing complaint "as frivolous");

- *Selden v. Murray*, Case No. 8:09-cv-2207-JDW-AEP (M.D. Fla. Nov. 5, 2009) (dismissing complaint "for failure to state a claim");

- *Selden v. Correctional Medical Auth., et al.*, Case No. 4:10-cv-143-RH/WCS, 2010 WL 3385254 *1 (N.D. Fla. August 25, 2010) (accepting report and recommendation finding complaint entirely fanciful and dismissing it under to 28 U.S.C. § 1915(e)(2)(B));

- *Selden v. United States, CIA, et al.*, Case no. 11-00621 LEK/KSC (D. Hawaii Oct. 19, 2011) (finding complaint "completely frivolous and unconnected with reality" and dismissing it under to 28 U.S.C. §§ 1915A(b) & 1915(g)).

Because Plaintiff is incarcerated, has three or more qualifying dismissals, and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice to Plaintiff filing a new civil rights complaint form and paying the full $400.00 filing fee when the complaint is filed.

Accordingly, it is now

**ORDERED:**

(1)    Pro se Plaintiff Glenn Lee Selden Complaint (Doc. 1) is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g).

(2)    The Clerk of Court will terminate any pending motions, close the case, and enter judgment accordingly.

(3)     Should Plaintiff wish to file a new complaint, he must pay the full filing fee and file a new civil rights complaint which will be given a new case number.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of October 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:  FTMP-2
Copies:  All Parties of Record